No. 88–6601.   CLEM v. COUNTY OF SAN DIEGO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6606.   MIZELL v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 88–6607.   MCSHAN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–6637.   DAWN ET UX. v. RICHMOND ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6643.   JOHNS v. DEPARTMENT OF THE INTERIOR.   C. A. Fed. Cir.   Certiorari denied.

No. 88–6648.   MAZAK v. RISON, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 88–6661.   THORNBERG v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–6663.   HARRIS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–6672.   DONALD v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 88–6679.   FULLER v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 88–6681.   MANNING v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–6703.   BATIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–6705.   SUGIYAMA v. TERRITORY OF GUAM.   C. A. 9th Cir.   Certiorari denied.

No. 88–6707.   BOGDEN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 88–6708.   VELASCO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–6710.   LAURENCO v. SULLIVAN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 88–6712.   YARBOROUGH v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.